## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



SUPERMERCADOS ECONO,

    VS.

INTEGRAND ASSURANCE CO.,
et al.,

CIVIL NO. __97-2818__ (JAF)

---

### DESCRIPTION OF MOTION

| | | |
|---|---|---|
| DATE FILED: 9/1/99 | DOCKET: 37 | TITLE: MOTION REQUESTING LEAVE TO FILE OPPOSITION TO INTEGRAND'S MOTION FOR SUMMARY JUDGMENT. |
| [ ] Plaintiff(s) | | |
| [X] Defendant(s) | | |

### O-R-D-E-R

__X__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:**

_____
_____
_____
_____
_____

September 9, 1999
DATE

JOSE ANTONIO FUSTE
U. S. DISTRICT JUDGE