UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| SUPERMERCADOS ECONO, | * | |
| Plaintiff, | * | Civil No. 97-2818 (JAF) |
| v. | * | |
| INTEGRAND ASSURANCE CO.; COLONIAL INSURANCE AGENCY, INC.; ATLANTIC COLD STORAGE, INC.; ERNESTO CABEZAS, JANE DOE, and their Conjugal Partnership, | * | |
| Defendants. | * | |

## JUDGMENT

Judgment is entered on the "Settlement Stipulation and Release" filed by the parties on June 6, 2000, <u>Docket Document No. 41</u>. The terms of the agreement are incorporated as if set forth at length herein.

This case is now closed for all purposes.

San Juan, Puerto Rico, this 26th day of June, 2000.

JOSE ANTONIO FUSTE
U.S. District Judge

AO 72
(Rev 8/82)

(42)