# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



Supermercado Econo, Inc.

Plaintiff(s)

v.

Intergrand Insurance Co., et al.

Defendant(s)

CIVIL CASE 97-2818 (JAF)

RECEIVED & FILED
JUL 12 2000
OFFICE-CLERK U.S. DIST. CT.
SAN JUAN, PR

## DESCRIPTION OF MOTION

| DATE FILED: 6/30/00 | DOCKET #: 43 | TITLE: MOTION by Supermercados Econo |to Amend [42-1] judgment nunc pro tunc|, and |to request that case be reopened| |
|---|---|---|
| BY: Plaintiff | | |

## O-R-D-E-R

☒ GRANTED.

☐ DENIED.

☐ NOTED.

OTHER: Partial Judgment nunc pro tunc to enter. Case reopened as to remaining defendants

7/11 2000
DATE

JOSE A. FUSTE
UNITED STATES DISTRICT JUDGE

