## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**Supermercados Econo, Inc.**

Plaintiff

v.

**Intergrand Insurance Co., et al.**

Defendants

**CIVIL CASE   97-2818 (JAF)**



### AMENDED PARTIAL JUDGMENT
### NUNC PRO TUNC

Pursuant to the Order of even date, plaintiff's claims against co-defendant Colonial Insurance Agency, Inc. are hereby dismissed. The case shall remain active as to the remaining defendants. Judgment is hereby entered accordingly.

In San Juan, Puerto Rico, this 12th day of July, 2000.
Nunc Pro Tunc June 28, 2000.


**Frances Rios de Moran**
Clerk of Court

By: _Carmen M. Jacorouto_
Deputy Clerk

