UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE:SEPTEMBER 19,2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**          **CASE NO.CIVIL 97-2818**

================================================================
SUPERMERCADOS ECONO

                                        Attorneys:
                                        For
                VS
                                        For Defendant:

INTEGRAND ASSURANCE

================================================================

By Order of the Court an Status Conference in the above-mentioned case is hereby scheduled for **Thursday, October 26, 2000 at 4:00 PM before Judge Garcia Gregory.**

Parties to be notified.


                                    _____
                                        LILY ALICEA
                                      COURTROOM DEPUTY

48

3