# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

SUPERMERCADOS ECONO

Plaintiff(s)

v.   CIVIL NUMBER: 97-2818 (JAG)

INTEGRAND ASSURANCE

Defendant(s)

| MOTION | ORDER |
|---|---|
| Date File: 07/07/00<br>Title: Motion to Withdraw as Attorney<br>Docket: 44<br>[ ] Plffs   [x] Defts   [ ] Other | GRANTED. |

Date: 10/04/00

JAY A. GARCIA-GREGORY
U.S. District Judge