UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: OCTOBER 26, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**        **CASE NO. CIVIL 97-2818 (JAG)**

===============================================================

SUPERMERCADOS ECONO                       Attorneys:
                                          For Plantiff: MODESTO
                                          RODRIGUEZ SUAREZ
            VS

                                          For Defendant:
INTEGRAND ASSURANCE                       HECTOR MOLINA
===============================================================

Case called for status conference. Theories of parties heard. Plaintiff indicates that they have made a settlement demand of $75,000. Court urges parties to try to settle the case.

A settlement conference is hereby set for **December 1, 2000 at 3:00 PM. Principals to be available for the conference.**

Parties to be notified.

                                    _____
                                         Lily Alicea-Courtroom Deputy