UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE: DECEMBER 29, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          **CASE NO. CIVIL 97-2818 (JAG)**

================================================================

SUPERMERCADOS ECONO                        Attorneys:
                                           For Plaintiffs:

           VS
                                           For Defendant:
INTEGRAND ASSURANCE


================================================================

By Order of the Court the Settlement Conference in the above-mentioned case set for Friday, December 1, 2000 at 3:00 PM is hereby vacated and set aside.

Parties to be notified.


                                        _____
                                            LILY ALICEA
                                         COURTROOM DEPUTY