UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SUPERMERCADOS ECONO

**Plaintiff(s)**

v.                                    CIVIL NUMBER: 97-2818 (JAG)

INTEGRAND ASSURANCE

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date File:** 01/26/01<br>**Title:** Motion to Withdraw as Attorney to Integrand Assurance Company and Extension of Time to Inform Another Legal Representative<br>**Docket:** 53<br>[ ] Plffs  [x] Defts  [ ] Other | **GRANTED.** The court grants attorney Héctor F. Molina Román's request to withdraw as counsel for defendant Integrand Assurance Company. The court grants defendant thirty (30) days to inform the court of new counsel. |

Date:  February 15, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


