UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SUPERMERCADOS ECONO

**Plaintiff(s)**

v.                                                              CIVIL NUMBER: 97-2818 (JAG)

INTEGRAND ASSURANCE

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date File:** 03/20/01<br>**Title:** Motion Assuming Legal Representation<br>**Docket:** 55<br>[ ] Plffs   [x] Defts   [ ] Other | **GRANTED.** |

**Date:** April 27, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge