UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                    DATE: NOVEMBER 1, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**         **CASE NO. 97-2818 (JAG)**

================================================================

ECONO                                      Attorneys:

       VS

INTEGRAND ASSURANCE

================================================================

    By Order of the Court the above-mentioned case is hereby set for status conference on THURSDAY, NOVEMBER 15, 2001 AT 3:30 PM.

    Parties to be notified.

                                               Lily Alicea-Courtroom Deputy

