UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                          DATE: NOVEMBER 14, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          CASE NO. CIV. 97-2818 (JAG)

===================================================================
ECONO                                          Attorneys:

       VS

INTEGRAND ASSURANCE
===================================================================

By Order of the Court the status conference in the above-mentioned case set for tomorrow November 15, 2001 is hereby reset WEDNESDAY, DECEMBER 19, 2001 AT 3:00 PM.

Parties to be notified.

                                                   */s/ Lily Alicea*
                                       Lily Alicea-Courtroom Deputy

By Telephone:
Modesto Rodriguez Suarez
Julio Torres Munoz
Rafael Velazquez Villanueva
11=14-01
LEA

