IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SUPERMERCADOS ECONO

    Plaintiff(s)

    v.                                     CIVIL NO. 97-2818 (JAG

INTEGRAND ASSURANCE

    Defendant(s)

**ORDER**

The Court is considering defendant Intergrand Assurance Company's motion to dismiss under Fed. R. Civ. P. 12(b)(1), which addresses, among other topics, the relationship between plaintiff Supermercados Econo ("Econo") and Atlantic Cold Storage ("Atlantic"). The parties' filings make reference to a 1994 contract between Econo and Atlantic for the receipt, storage, safekeeping, processing and delivery by Atlantic of Econo's merchandise. The Court orders Econo to submit a copy of the 1994 contract by **November 28, 2001.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 20th day of November 2001.

*[signature]*
JAY A. GARCIA-GREGORY
United States District Judge

s/cs:to (3)
attys/pts
in ICMS
11/26/01