UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                     DATE: NOVEMBER 30, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          CASE NO. CIV. 97-2818(JAG)

================================================================

ECONO                                        Attorneys:

      VS

INTEGRAND

---

By Order of the Court the status conference in the above-mentioned case set for December 19, 2001 is hereby vacated and set aside.

Parties to be notified.

 

_____
Lily Alicea-Courtroom Deputy

