IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SUPERMERCADOS ECONO

    Plaintiff(s)

        v.                         CIVIL NO. 97-2818 (JAG)
INTEGRAND ASSURANCE

    Defendant(s)

---

### ORDER

The Court hereby reschedules the Pre-Trial Conference and Trial dates as follows: the Pre-Trial Conference shall take place on **June 19, 2002** at 4:00 p.m. The Trial shall be held on Monday, **June 24, 2002** at 9:30 a.m. The parties shall deliver to Chambers a courtesy copy of the Proposed Pre-Trial Order no later than **June 17, 2002**. Moreover, the Court orders the parties to abide by all of the deadlines set forth in the Trial Scheduling Order as it pertains to motions *in limine*, jury instructions, and proposed voir dire.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 29th day of May 2002.

                              JAY A. GARCIA-GREGORY
                              United States District Judge

