IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SUPERMERCADOS ECONO

    **Plaintiff**

    v.                            CIVIL NO. 97-2818 (JAG)

INTERGRAND ASSURANCE, et al.

    **Defendant(s)**

## MEDIATION ORDER

This case has been scheduled for **MEDIATION**, with principals available, in person or by telephone (preferably in person), on **Thursday, June 13, 2002 at 2:00 p.m.** The Honorable A. David Mazzone will serve as mediator.

The parties should regard the Mediation Session as an opportunity to explain to the Judge matters that they cannot (or would not like to) place in the public file; to discuss prior settlement efforts; to suggest ideas and potential strategy regarding settlement; and to provide any other relevant information that may assist Judge Mazzone in his mediation efforts. *The sole purpose of the Session is to help the parties arrive at a settlement.*

The Court will provide Judge Mazzone with copies of the Complaint, the Answer, and any other case-related documents that will help him understand the substantive issues involved in the case.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 10th day of June 2002.

JAY A. GARCIA GREGORY
United States District Judge