UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**          DATE: JUNE 19, 2002

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**     **CASE NO. CIV. 97-2818(JAG)**

===============================================================

| | |
|---|---|
| SUPERMERCADOS ECONO | Attorneys: ENRIQUE PERAL<br>MODESTO RODRIGUEZ |
| VS | |
| INTEGRAND ASSURANCE | RAFAEL J. VELAZQUEZ |

**Case called for pretrial conference. Proposed pretrial order discussed and approved by the Court.**

**Court enters the default of Ernesto Cabezas. Atlantic Cold Storage is already in default so case will proceed to trial on default as to these two defendants.**

**The jury request has been waived and case will be tried by the Court.**

**Parties will be submitting their respective exhibits lists and there is no problem as to the authenticity of the documents.**

**After extensive negotiations with the help of the Court the Court is informed that at this point settlement is impossible. Court will proceed to trial as scheduled next Monday, June 24, 2002 at 9:00 AM.**

Parties to be notified.

                              _Lily Alicea_
                              Lily Alicea-Courtroom Deputy