IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SUPERMERCADOS ECONO,

    Plaintiff

    v.       CIVIL NO. 97-2818 (JAG)

INTEGRAND ASSURANCE COMPANY;
et als.

    Defendants

---

### JUDGMENT

Pursuant to the Opinion and Order issued today, the Court hereby enters judgment dismissing plaintiff Supermercados Econo's claims against defendant Integrand Assurance Company. Defaulting defendants Atlantic Cold Storage, Inc. and Ernesto Cabezas are jointly and severally liable to Supermercados Econo in the amount of $131, 423.54.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28th day of February, 2003.

JAY A. GARCIA-GREGORY
U.S. District Judge