UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

SUPERMERCADOS ECONO, INC.

    Plaintiff

    v.

INTEGRAND ASSURANCE CO.; COLONIAL INSURANCE AGENCY, INC.; ATLANTIC COLD STORAGE, INC.; ERNESTO CABEZAS, JANE DOE, and their Conjugal Partnership constituted by them,

    Defendants

CIVIL NO. 97-2818 JAG

CIVIL ACTION:

BREACH OF CONTRACT & DAMAGES

RECEIPT # 135188
AMOUNT: $105.00
MAR 2 8 2003
CASHIER SIGNATURE

### NOTICE OF APPEAL

Notice is hereby given that Supermercados Econo, Inc., plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on March 7, 2003.

RESPECTFULLY SUBMITTED.

**I HEREBY CERTIFY** that on this same date copy of this document has been sent by regular mail to the counsel for defendant Colonial Insurance Agency, **Benjamin Hernández Nieves,** PO Box 8343, Fernández Juncos Station, San Juan, Puerto Rico 00909; **María B. Maldonado Malfregeot, Esq.,** Buchanan Office Center No. 40 Rd.165, Suite 304, Guaynabo, Puerto Rico 00918; the counsel for Integrand Assurance Co., **Rafael J. Velázquez Villares,** Cobians & Valls, PO Box 9066522, San Juan, Puerto Rico 00906-6522; co-defendant **Ernesto Cabezas,**

last known counsel, **Carlos F. Padín, Esq.**, PMB 021, 356 Street, Urb. Villa Nevárez, San Juan, Puerto Rico, 00927-5110 and **Modesto Rodríguez Suarez, Esq.**, Marichal & Hernández LLP, Bolivia 33, Suite 301, Hato Rey, Puerto Rico 00917.

In San Juan, Puerto Rico this 27th day of March 2003.

**MUÑOZ BONETA GONZALEZ
ARBONA BENITEZ AND PERAL**
P. O. BOX 191979
SAN JUAN, PUERTO RICO  00919
TEL. (787)751-9393
FAX  (787)751-0910

_____
ENRIQUE PERAL
USDC-PR NO. 202802

2