UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
Transmittal of Record to the Court of Appeals

DATE:   April 24, 2003

DC #:   97-2818 (JAG)

APPEAL FEE PAID:   YES __X__   NO ____

CASE CAPTION:   Supermercados Econo  v.  Integrand Insurance Co.

IN FORMA PAUPERIS:   YES ____   NO __X__

MOTIONS PENDING:   YES __X__   NO ____

NOTICE OF APPEAL FILED BY:   Plaintiff

APPEAL FROM:   Judgment entered on 03/07/03

SPECIAL COMMENTS:   Original documents in file folders

INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:

| DOCUMENTS: | VOLUMES: |
|---|---|
| Docket Entries 1-34 | I |
| Docket Entries 35-81 | II |
| Docket Entries 72-74 (Transcripts) | III |

I HEREBY certify that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

By: Xiomara Muniz
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____
s/c:  ICMS Parties, Docket Clerk, Appeals Clerk