UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SUPERMERCADOS ECONO

    Plaintiff

vs.,

INTEGRAND ASSURANCE COMPANY;
COLONIAL INSURANCE AGENCY, INC.;
ATLANTIC COLD STORAGE, INC.;
ERNESTO CABEZAS, et. als.

    Defendants

CIVIL NO. 97-2818 (JAG)

CIVIL ACTION; BREACH OF
CONTRACT AND DAMAGES

## MOTION WITHDRAWING LEGAL REPRESENTATION

**TO THE HONORABLE COURT**

    **COMES NOW**, the undersigned counsel, and to this Honorable Court respectfully states, alleges and prays:

    1.    Due to reasons of a personal and professional nature, the undersigned hereby requests leave from this Honorable Court to withdraw as counsel for co-defendant Integrand Assurance Company. Notwithstanding the foregoing, the law firm of Cobián & Valls will remain as counsel for said co-defendant.

    2.    It is also respectfully requested that a reasonable term be given to the law firm of Cobián & Valls to appoint counsel for co-defendant Integrand Assurance Company and to appear in this proceeding.

    **WHEREFORE**, it is respectfully requested that this Honorable Court grant this motion.

    **I HEREBY CERTIFY**: that on May 17, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system which will second notification of

such filing to the following: Modesto Rodríguez Suárez, Esq., Marichal & Hernández, Bolivia 33, Suite 301, Hato Rey, Puerto Rico 00917; to Enrique Peral Soler, Esq., Arbona, Benítez & Peral, P.O. Box 191979, San Juan, Puerto Rico 00919 and to Francisco J. Cobián, Cobián & Valls, PO Box 9066522, San Juan, Puerto Rico 00906-6522.

**RESPECTFULLY SUBMITTED.**

At Caguas, Puerto Rico, this 17th of May, 2004.

s/ RAFAEL J. VELÁZQUEZ VILLARES
USDC 214302
Attorney for defendants
VELÁZQUEZ & VELÁZQUEZ
LAW OFFICES, P.S.C.
PO Box 734
Caguas, PR 00726-0734
Tel. 787-744-7272
Fax 787-744-7277
Email: rvv@vvlo.com

C-1203