UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **SUPERMERCADOS ECONO** | CIVIL NO. 97-2818 (JAG) |
| **Plaintiff** | |
| vs., | |
| **INTEGRAND ASSURANCE COMPANY; COLONIAL INSURANCE AGENCY, INC.;ATLANTIC COLD STORAGE, INC.; ERNESTO CABEZAS, et. als.** | CIVIL ACTION; BREACH OF CONTRACT AND DAMAGES |
| **Defendants** | |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT**

**COMES NOW**, co-defendant INTEGRAND ASSURANCE COMPANY through the undersigned counsel and, to this Honorable Court respectfully states, alleges and prays:

1. Recently Rafael Velázquez-Villares, Esq. withdrew his legal representation of the appearing party.

2. It is respectfully requested that this Honorable Court accept the undersigned as attorney of record for Integrand Assurance Company.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the aforementioned and accept the undersigned as counsel of record for defendant Integrand Assurance Company.

I hereby certify that today, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following: **Enrique Peral Soler, Esq.; Modesto Rodríguez Suárez, Esq.**, and I hereby certify that I have mailed by United States Postal Service the document to the

following non CM/ECF participants: **Julio Torres Muñoz, Esq.**, Iturregui Plaza, 1135 65th Infantry Avenue, Suite 200, San Juan PR 00924.

At San Juan, Puerto Rico, this 11TH day of June, 2004.

**COBIAN & VALLS**
PO Box 9066522
San Juan PR 00906-6522
Tel. (787)722-8400/Fax (787)721-2869
c&v@microjuris.net
cvlaw@coqui.net


**MAGALY RODRIGUEZ DE VAZQUEZ**
USDC 205010

rr/65-1203