54

Freddie Acevedo - Direct (Peral)

1  interpreter takes over the translation process.)

2  BY MR. PERAL:

3  Q.  Mr. Acevedo, there came a time, did it not, when

4  Supermercados Econo, Inc., was included as an additional

5  insured and loss payee in Atlantic Cold Storage's flood

6  insurance policy?

7  A.  Correct.

8      MR. PERAL:  Could I have Joint Exhibits II and

9  III, please.

10     Would you please show the witness Join Exhibits II

11 and III.

12 BY MR. PERAL:

13 Q.  Mr. Acevedo, I show you what are Joint Exhibits II

14 and III in evidence in this case.

15     Do you recognize those documents?

16 A.  Correct.

17 Q.  What are those?

18 A.  No. II is the policy coverage on a commercial

19 property, and No. III is the endorsement.

20 Q.  So was it via what is Joint Exhibit No. III that

21 Supermercados Econo was made an additional insured and loss

22 payee to Atlantic's flood insurance policy?

23 A.  That is correct.

24 Q.  Isn't it true, Mr. Acevedo, that as a loss payee

25 under a policy such as the one in this case, any payments

55

Freddie Acevedo - Direct (Peral)

1  made for a claim under that policy have to include as a

2  payee Econo Supermarkets, Inc.?

3  A.   Correct.

4       MR. VELAZQUEZ: Objection, your Honor.

5       The question is "under the policy," including the

6  terms and conditions of the policy.

7       MR. PERAL: The question is --

8       THE COURT: I didn't hear the words "terms and

9  conditions of the policy."

10      MR. VELAZQUEZ: "Under the policy," that was the

11 question. Because I didn't hear what Brother Counsel

12 asked.

13      THE COURT: Would you read back the question.

14      (Whereupon, the record is read by the reporter.)

15 BY MR. PERAL:

16 Q.  And the answer was yes, correct?

17 A.  Yes.

18 Q.  Now, the policy -- Econo became an additional insured

19 and loss payee under Atlantic Cold Storage's flood

20 insurance policy on September 23, 1994; is that correct?

21 A.  That is correct.

22 Q.  And that policy was renewed for an additional -- for

23 additional policy periods, was it not?

24 A.  Correct.

25 Q.  Once a policy has been modified by endorsement, any

BARBARA DACHMAN, RPR, OCR

065