IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SUPERMERCADOS ECONO,<br><br>**Plaintiff(s)**<br><br>v.<br><br>INTEGRAND ASSURANCE COMPANY;<br><u>et als.</u><br><br>**Defendant(s)** | CIVIL NO. 97-2818(JAG) |

**AMENDED JUDGMENT**

Pursuant to the Opinion and Order issued today, the Court hereby amends its original judgment (Docket No. 80) to dismiss Econo's claim as a loss-payee. The Court's original judgment is hereby reaffirmed in all other respects.

This case is now closed for statistical purposes.

IT IS SO ORDERED.
In San Juan, Puerto Rico, this 8th of March, 2005

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. District Judge
